THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLE A. HALLER, | CASE NO. C18-0199-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CRUISEPORT CURACAO CV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice that the parties have reached a settlement (Dkt. No. 14). Accordingly, the Court ORDERS Plaintiff to file a stipulated dismissal or voluntary dismissal within 45 days of the issuance of this order. The Clerk is DIRECTED to terminate all pending case management dates and CLOSE the case for statistical purposes.

DATED this 14th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0199-JCC
PAGE - 1